THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5;13-cr-237-D-6

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW LEONARD LEAK | ) | |

This matter is before the Court by Defendant's *Motion to Seal Sentencing Memorandum* filed with this Court on August 4, 2014. For good cause shown, it is hereby ORDERED that Defendant's *Sentencing Memorandum* be filed under seal.

IT IS SO ORDERED.

This, the **5**th day of August , 2014

*[signature]*
JAMES C. DEVER III
CHIEF U.S. DISTRICT COURT JUDGE