UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-237-D(6)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW LEONARD LEAK | ORDER TO SEAL |

On motion of the Defendant, Joseph Eric Pender, and for good cause shown, it is hereby ORDERED that the **[DE 397]** be sealed until further notice by this Court.

SO ORDERED. This \_11\_ day of October 2015.

*/s/ James C. Dever*
JAMES C. DEVER III
Chief United States District Judge